JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>AUTOZONE WEST, INC. dba AUTOZONE #5349, et al.,<br><br>　　　Defendants. | Case No. 2:13-cv-01791-RGK-PJW<br><br>[~~Proposed~~] **ORDER RE: JOINT STIPULATION FOR DISMISSAL** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendant AutoZone West, Inc. dba AutoZone #5349,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: December 30, 2013

_/s/ Gary Klausner_ /
United States District Judge

Order re: Joint Stipulation for Dismissal                    *Figueroa v. AutoZone West, Inc., et al.*
                                                              Case No. 2:13-cv-01791-RGK-PJW

Page 1